JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael R., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:25-cv-00575-MBK <br><br> JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgement shall be entered in favor of DEFENDANT.

Dated: December 30, 2025

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE